IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| RODNEY REEVES | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CAUSE NO. 1:09cv486 LG-RHW |
| | § | |
| NATIONWIDE MUTUAL | § | DEFENDANT |
| INSURANCE COMPANY | § | |

## JUDGMENT

This matter having come on to be heard on Nationwide Mutual Insurance Company's Motion for Summary Judgment, the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Nationwide Mutual Insurance Company, pursuant to Fed. R. Civ. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of August, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE